## Family Support Letter

I, Enyeer Moises Alvarez Ternawskyj, Venezuelan, of legal age, and holding the Identity Card number 30,748,612, am writing this letter to express my unconditional support for my brother Embeer Josue Gutierrez, whom I know not only as part of my family but also as an exemplary person.

My brother is an honest, hard-working, and kind-hearted young man. For years, he has been responsible for financially supporting our mother and several members of our family, always looking for ways to help and be there for us, even from a distance. His commitment to us has been constant and admirable.

Beyond being my brother, he is someone I deeply respect for his personality. He is polite, respectful, and always willing to lend a hand to anyone in need. His conduct has always been impeccable, and I can attest that he is a good person in every sense of the word.

That's why I'm writing this letter, hoping it serves as a testament to the kind heart and humanity of my brother, Embeer Josue Gutierrez.

With love and complete sincerity.

Sincerely,

_____
Enyeer Moises Alvarez Ternawskyj
ID: 30748612
Email: enyeeralvarez15@gmail.com

I, **OSMEL PADRON,** fluent in English and Native in Spanish, hereby certify that I have translated the following document which is attached to this Affidavit:

**I STATE THAT THE ATTACHED DOCUMENT**
**"Family Support Letter"**

**From: ENYEER MOISES ALVAREZ TERNAWSKYJ**

I further certify that, to the best of my knowledge, the attached document written and presented to me in Spanish is a true and accurate translation of the attached document in English.

_____
(Signature of Translator/Verifier)

Date: **July 31, 2025**

<u>OSMEL PADRON</u>
3100 OLD WINTER GARDEN RD.
OCOEE, FL 34761
PHONE (321)200-2096
ATA Member Nº 270354

# Carta de Apoyo Familiar

Yo, Enyeer Moisés Álvarez Ternawskyj, venezolano, mayor de edad y con Cédula de Identidad número 30.748.612, escribo esta carta para expresar mi apoyo incondicional a mi hermano Embeer Josué Gutiérrez, a quien conozco no solo como parte de mi familia, sino como una persona ejemplar.

Mi hermano es un joven honesto, trabajador y de gran corazón. Desde hace años, se ha encargado de apoyar económicamente a nuestra mamá y a varios miembros de nuestra familia, siempre buscando la manera de ayudar y de estar presente, incluso en la distancia. Su compromiso con nosotros ha sido constante y admirable.

Más allá de ser mi hermano, es alguien a quien respeto profundamente por su forma de ser. Es educado, respetuoso y siempre está dispuesto a tender una mano a quien lo necesite. Su conducta ha sido siempre intachable, y puedo dar fe de que es una buena persona en todo el sentido de la palabra.

Es por ello que redacto esta carta, con la esperanza de que sirva como testimonio del buen corazón y la calidad humana que tiene mi hermano, Embeer Josué Gutiérrez.

Con cariño y total sinceridad.


Atentamente,


_____
Enyeer Moisés Álvarez Ternawskyj
Cédula: 30.748.612
Correo electrónico: enyeeralvarez15@gmail.com