Valencia, Carabobo State, Venezuela.


Honorable Judge:

I, Maria Angelica Ternawskyj, with ID No. 17,615/78. I am the mother of Embeer Josue Gutierrez, who is currently detained under your jurisdiction.

I want to express my sincere support for my son; I want to tell you that my son is not what he is being judged to be. He is a respectful, hard-working person with a kind heart. In fact, he is the one who is helping me financially, as I am a sick woman. He buys my medicine and sends me money for medical tests for surgery for a tumor in my right ovary. I suffer from high blood pressure and hypothyroidism. I am shocked by the way he is being judged, because my son has no bad habits, he is not a danger to society, nor does he belong to any criminal gang.

I have learned that he has remained calm during his detention. My family and I have always advised him to lead a responsible and dignified life. If he is granted his freedom, I promise that he will comply with any conditions the court imposes.

I humbly ask you to give him a second chance.

I am sure he will make the most of it.

Thank you for your time and consideration.

With all due respect. And hoping for your goodwill.

Sincerely,


_____*(Signature)*_____
Maria Angelica Ternawskyj
ID 17,615,778.
Valencia, Venezuela.
Barrio El Carmen Sur Av. Boyaca ,#73-41
Email: mariaternawskyj35@gmail.com

I attach receipts and medical documents with which my son supports me financially.



# Dr. Antonio J. De Freitas Abreu

Surgeon
**SPECIALTY: GYNECOLOGIST-OBSTETRICIAN**
**PERINATOLOGY - MATERNAL-FETAL MEDICINE**
RIF: V unreadable - Tel.: 0414-3429582 MPPS 38450 CM Unreadable

---

**Ind.** Unreadable unreadable

Dr. Alexis Unreadable

Dear colleague and friend, this is Maria Angelica Ternawskyj, 42 years old, 1 pregnancy, 1 C-section, carrier of TU. Unreadable and unreadable (unreadable) of the right ovary.

Requires an ovarian protocol.

Sincerely,

06/25/24
antonioj.defreitas_a

---

| IMAGE | MEDICAL REPORT |
|---|---|

Patient Name: **Maria Ternawskyj**

Identification Card: **17,615,798**   Age: **42 y/o**   Unreadable: _____

*DESCRIPTION:*

This is a 42-year-old female patient with a diagnosis of controlled hypertension and controlled hypothyroidism. She comes to the clinic complaining of severe abdominal pain in the hypogastrium region for the past 2 months. Therefore, she is (unreadable) and surgery is planned.

INX: Complex Right TU (Unreadable)

Certificate issued at the request of the interested party
in the city of Valencia on <u>June 26, 2025.</u>

STAMP
(SIGNATURE)

Physician: _____    M.S.D.S: _____    C.M: _____

# Dr. Antonio J. De Freitas Abreu

Surgeon
**SPECIALTY: GYNECOLOGIST-OBSTETRICIAN
PERINATOLOGY - MATERNAL-FETAL MEDICINE**
RIF: V unreadable - Tel.: 0414-3429582 MPPS 38450 CM Unreadable

---

Ind. <u>Gynecology Consultation or</u>

<u>Surgery Consultation</u>

<u>Attention:</u>

- "Isabelica" Outpatient Clinic
- Southern Maternity Hospital
- CHET

Dear colleagues, patient Maria Angelica Ternawskyj, 42, 1 pregnancy, 1 C-section, with squamous cell carcinoma of the right ovary, requiring an Ovarian Protocol.

_Sincerely,

06/25/2
☐ antonioj.defreitas_a

---

CENTRO MEDICO VALLE DE SAN DIEGO, C.A. Av Intercomunal Don Julio Centeno, entre el Morro II y La Esmeralda San Diego Edo. Carabobo
GRUPO MEDICO SANTA FE, C.A Unreadable Calle unreadable entre Av. Boyaca Y Farriar N' 97-78 Valencia Edo Carabobo

I, **OSMEL PADRON,** fluent in English and Native in Spanish, hereby certify that I have translated the following document which is attached to this Affidavit:

## I STATE THAT THE ATTACHED DOCUMENT
## "Statement"

**From: MARIA ANGELICA TERNAWSKYJ**

I further certify that, to the best of my knowledge, the attached document written and presented to me in Spanish is a true and accurate translation of the attached document in English.

_____
(Signature of Translator/Verifier)

Date: **July 31, 2025**

<u>OSMEL PADRON</u>
3100 OLD WINTER GARDEN RD.
OCOEE, FL 34761
PHONE (321)200-2096
ATA Member Nº 270354

Valencia, Edo. Carabobo, Venezuela,

Honorable juez:

Yo, María Angélica Ternawskyj, con cédula de identidad Nro. 17.615.778. Soy madre de Embeer Josué Gutiérrez, quien actualmente se encuentra detenido bajo su jurisdicción.

Quiero expresar mi sincero apoyo a favor de mi hijo, le expreso que mi hijo no es lo que lo están juzgando, él es una persona respetuosa, trabajadora y con un corazón noble, de hecho, él es quien me esta ayudando económicamente, ya que soy una mujer enferma, me compra las medicinas, también me envía dinero para practicarme los exámenes médicos, para una cirugía de un tumor en el ovario derecho, padezco hipertensión arterial e hipotiroidismo. Quedo sorprendida por lo que lo están juzgando, porque mi hijo no tiene malos vicios, él no es un peligro para la sociedad, ni tampoco pertenece a ninguna banda criminal.

Me he enterado de que durante su detención se ha mantenido tranquilo, mi familia y yo siempre lo hemos aconsejado ,para que lleve una vida responsable y digna.
Si se le concede la libertad, yo me comprometo a que cumpla con cualquier condición que el tribunal le imponga.

Le pido humildemente que le brinde una segunda oportunidad.

Estoy segura de que él la sabrá aprovechar.

Gracias por su tiempo y consideración.

Con todo respeto. Y esperando de su buena voluntad.

Atentamente,

*María Angélica Ternawskyj*
María Angélica Ternawskyj
C.I. 17.615.778.
Valencia, Venezuela.
Barrio El Carmen Sur
Av. Boyacá ,#73-41
Email: mariaternawskyj35@gmail.com

Anexo comprobantes, y justificativos médicos con los que mi hijo me ayuda económicamente.









**Dr. Antonio J. De Freitas Abreu**
Médico Cirujano
ESPECIALIDAD: GINECÓLOGO-OBSTETRA
PERINATOLOGÍA - MEDICINA MATERNO FETAL
RIF V-7041693-6  Telf 0414-342.95.82  M.P.PS: 38.450  CM:5.881

Ind. Consulta "A" CMTRJ

Dr. Alexis Rivera

Apreciado colego, y amigo, se trata de
María Angélica + enna WAKY J, V2aún
1 aprta, 1 cesárea, portadora de
TU. Ecombos y mixto (componento
sólidos) de ovario Derecho.
Amerita Protocolo de ovario

Atte.

25/06/24
@ antonioj.defreitas_a

TRO MÉDICO VALLE DE SAN DIEGO, C.A. Av. Intercomunal Don Julio Centeno, entre el Morro II
y La Esmeralda San Diego Edo Carabobo
GRUPO MÉDICO SANTA FE, C.A. El Carmen Sur Calle 73 entre Av. Boyacá
y Farriar Nº 97-70 Valencia Edo Carabobo

**INFORME MÉDICO**

Nombre del Paciente: Maria Ternawskyj
Cédula de Identidad: 17.615.778    Edad: 42 a

**DESCRIPCIÓN**
Se trata de paciente femenina de 42 años de edad con diagnóstico de hipertensión arterial controlada e hipotiroidismo controlado. Quien acude a consulta por presentar dolor abdominal en hipogastrio de moderada a fuerte intensidad desde hace 2 meses. Por tal motivo se evalúa y se planifica para intervención quirúrgica.

IDx: TU paraneural derecho complejo

Constancia que se expide a solicitud de la parte interesada en la ciudad de Valencia a los 26 días del mes de junio de 2025.

MÉDICO: _____ M.S.D.S. _____ C.M. _____


