United States District Court
Southern District of Texas
**ENTERED**
October 30, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| V. | § | CRIMINAL NO. H-25-399-10 |
| | § | |
| Raul Antonio Claros Sarmiento | § | |
| | § | |

**REPORT AND RECOMMENDATION**

Before the court, by referral pursuant to 28 U.S.C. §636(b), is the matter of the re-arraignment of Raul Antonio Claros Sarmiento, the defendant in this action. On October 28, 2026, Defendant Raul Antonio Claros Sarmiento appeared with counsel before the undersigned magistrate judge for the purpose of entering a guilty plea to Counts 4 and 7 of the Indictment, which charges him Dealing in Firearms Without a License [18 U.S.C. 922(a)(1)(A), 923(a) and 924(a)(1)(D) and 2] and Conspiracy to Possess with Intent to Distribute a Controlled Substance [21 U.S.C. 846, 841(a)(1) and 841(b)(1)(A)].

Raul Antonio Claros Sarmiento consented in writing to plead guilty before a United States Magistrate Judge. After conducting the proceeding in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

1. Raul Antonio Claros Sarmiento, after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be advised of his rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to final approval and imposition of sentence by United States District Judge Lee H. Rosenthal.

2. Raul Antonio Claros Sarmiento is fully competent and capable of entering an informed plea.

3. Raul Antonio Claros Sarmiento is aware of the nature of the charges, the maximum punishment range and other penalties that may be imposed at sentencing.

4. Raul Antonio Claros Sarmiento understands his constitutional and statutory rights and wishes to waive those rights.

5. Raul Antonio Claros Sarmiento understands that the sentencing judge is not bound by any recommendation on sentencing made by either counsel for the government or counsel for the defendant, and that if a recommendation on sentencing is not followed by the sentencing judge, he may not withdraw his plea of guilty.

6. Raul Antonio Claros Sarmiento 's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged in Count 7 of the Indictment.

Based upon the foregoing, it is **RECOMMENDED** that the guilty plea of Raul Antonio Claros Sarmiento to Counts 4 and 7 of the Indictment be accepted by the court and that Raul Antonio Claros Sarmiento be adjudged guilty of the offenses alleged in Counts 4 and 7 of the Indictment.

The Clerk shall send copies of this Report and Recommendation to the respective parties who have fourteen (14) days from the receipt thereof to file written objections thereto pursuant to General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** at Houston, Texas, this Wednesday, October 28, 2026.

Peter Bray
United States Magistrate Judge